*Parsons* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Oscar A. Provost* and *Alvin J. Rockwell,* and *Miss Beatrice Rosenberg* for the United States. 

No. 306. WATKINS ET AL., EXECUTORS, ET AL. *v.* FLY, COLLECTOR OF INTERNAL REVENUE. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Garner W. Green* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Newton K. Fox,* and *Miss Helen R. Carloss* for respondent.

No. 309. VON CLEMM *v.* UNITED STATES. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold H. Corbin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Arnold Raum* and *Oscar A. Provost* for the United States. ██

No. 313. GREEN ET AL. *v.* CITY OF STUART. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thos. B. Adams* for petitioners. *Mr. Hewen A. Lasseter* for respondent.

No. 314. SELSER ET AL. *v.* CITY OF STUART ET AL. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas B. Adams* for petitioners. *Messrs. Robert R.*